## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK CLARKE, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>WELLCARE HEALTH PLANS, INC., CHRISTIAN P. MICHALIK, KENNETH A. BURDICK, WILLIAM L. TRUBECK, KEVIN F. HICKEY, PIYUSH JINDAL, DR. GLENN D. STEELE JR., H. JAMES DALLAS, PAUL E. WEAVER, KATHLEEN E. WALSH, RICHARD C. BREON, and AMY COMPTON-PHILLIPS, )<br><br>Defendants. ) | Case No. 1:19-cv-00873-LPS |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Patrick Clarke ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: September 24, 2019

                                                    Respectfully submitted,

                                                    **FARUQI & FARUQI, LLP**

                                                    By: */s/ Michael Van Gorder*

**OF COUNSEL:**                            Michael Van Gorder (#6214)
                                                    3828 Kennett Pike, Suite 201

**FARUQI & FARUQI, LLP**          Wilmington, DE 19807
Nadeem Faruqi                       Tel.: (302) 482-3182
James M. Wilson, Jr.               Email: mvangorder@faruqilaw.com
685 Third Avenue, 26th Floor

New York, NY 10017  *Counsel for Plaintiff*
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
          jwilson@faruqilaw.com

*Counsel for Plaintiff*